### UNITED STATES of America, Plaintiff–Appellee

v.

### Ricky JAY LANDEROS, Defendant–Appellant.

### No. 09–10508
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Ricky Jay Landeros, Big Spring, TX, pro se.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ricky Jay Landeros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Landeros has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.